473 F.2d 1386
 82 L.R.R.M. (BNA) 2895, 70 Lab.Cas. P 13,487
 CHAUFFEURS, TEAMSTERS AND HELPERS LOCAL UNION NO. 171,
affiliated with International Brotherhood of
Teamsters, Chauffeurs, Warehousemen and
Helpers of America, Petitioner,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent, and Overnite
Transportation Company, Inc., Intervenor.
 No. 72-2015.
 United States Court of Appeals,
Fourth Circuit.
 Argued Feb. 7, 1973.
Decided March 8, 1973.
 
 Hugh J. Beins, Washington, D. C. (Robert M. Baptiste, Washington, D. C., on brief), for petitioner.
 David Miller, Atty., N. L. R. B. (Peter G. Nash, Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, and William F. Wachter, Washington, D. C., Atty., on brief), for respondent.
 J. W. Alexander, Jr., Charlotte, N. C. (Blakeney, Alexander & Machen, Charlotte, N. C., on brief), for intervenor.
 Before HAYNSWORTH, Chief Judge, BUTZNER, Circuit Judge, and BRYAN, District Judge.
 PER CURIAM:
 
 
 1
 A review of the record discloses that substantial evidence supports the orders of the Board. Accordingly, enforcement is granted for the reasons stated by the Board. See 192 N.L.R.B. No. 25, 77 L.R.R.M. 1875 and 197 N.L.R.B. No. 153, 80 L.R.R.M. 1841.